```
                        UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                      PAGE    1

                                        )      CHAPTER 13
                                        )  CASE NO.       0620302   KCF
 MICHAEL I FELDMAN                      )
                                        )    DATE FILED: 10/21/2006
 2 ALEC DRIVE                           ) DATE CONFIRMED: 12/13/2006
                                        ) DATE CONCLUDED: 12/12/2007
 HOWELL, NJ   07731            DEBTOR (S)   )
                                        )
 ---------------------------------------------)


                    STANDING CHAPTER 13 TRUSTEE'S
                            FINAL REPORT
                     DISMISSED AFTER CONFIRMATION


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------ -------------------------------------
                                             Amount         Paid
 Claim Creditor's Name                       Allowed       to Date    Balance Due
 ------------------------------------------ -------------------------------------

 Downloaded from PACER
 003 DEUTSCHE BANK NATIONAL TRUST C            0.00          0.00          0.00
 005 FIRST NATIONAL BANK OF MARIN/F            0.00          0.00          0.00
 006 HOUSEHOLD CREDIT SERVICES                 0.00          0.00          0.00
 009 NCO FINANCIAL SYSTEMS                     0.00          0.00          0.00
 011 RANDI FELDMAN                             0.00          0.00          0.00
                                                         ------------
                                                              0.00
 SECURED
 007 TOWNSHIP OF HOWELL                       29.46         29.46          0.00
 013 AMERICREDIT                               0.00          0.00          0.00
 014 GENERAL MOTORS ACCEPTANCE CORP            0.00          0.00          0.00
                                                         ------------
                                                             29.46
 PRIORITY
 004 DIRECT LOANS                         17,846.00          0.00     17,846.00
 010 NEW YORK STATE                        1,350.00          0.00      1,350.00
 012 SALLIE MAE                            1,244.00          0.00      1,244.00
                                                         ------------
                                                              0.00
 UNSECURED
 008 MONMOUTH COUNTY SHERIFF               1,000.00          0.00      1,000.00
                                                         ------------
                                                              0.00
```

```
                        UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                         PAGE    2
                                         )      CHAPTER 13
                                         ) CASE NO.       0620302   KCF
 MICHAEL I FELDMAN                       )
                                         )    DATE FILED: 10/21/2006
 2 ALEC DRIVE                            ) DATE CONFIRMED: 12/13/2006
                                         ) DATE CONCLUDED: 12/12/2007
 HOWELL, NJ   07731              DEBTOR (S)   )
                                         )
 ----------------------------------------)


                     STANDING CHAPTER 13 TRUSTEE'S
                             FINAL REPORT
                      DISMISSED AFTER CONFIRMATION

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ----------------------------------------  ----------------------------------------
                                           Amount        Paid
 Claim Creditor's Name                     Allowed      to Date       Balance Due
 ----------------------------------------  ----------------------------------------

 REFUND TO DEBTOR
 999   MICHAEL I FELDMAN                      4.25         4.25             0.00
                                                       ------------
                                                           4.25
 DEBTOR ATTORNEY
 000 JOSEPH I WINDMAN ESQ                     0.00         0.00             0.00
                                                       ------------
                                                           0.00
 SECURED ARREARAGES
 001 AMERIQUEST MORTGAGE COMPANY          23,577.94     1,214.98        22,362.96
 002 CAPITAL ONE AUTO FINANCE                388.46        15.92           372.54
                                                       ------------
                                                         1,230.90

 --------------------------------------------------------------------------------
    TOTAL RECEIPTS        DISBURSED         TRUSTEE FEES         CASH ON HAND
       1,337.07           1,264.61              72.46                0.00
 --------------------------------------------------------------------------------
```

```
                        UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                PAGE    3

                                         )      CHAPTER 13
                                         )  CASE NO.     0620302   KCF
 MICHAEL I FELDMAN                       )
                                         )     DATE FILED: 10/21/2006
 2 ALEC DRIVE                            ) DATE CONFIRMED: 12/13/2006
                                         ) DATE CONCLUDED: 12/12/2007
 HOWELL, NJ   07731          DEBTOR (S)  )
                                         )
 ----------------------------------------)

                    STANDING CHAPTER 13 TRUSTEE'S
                            FINAL REPORT
                     DISMISSED AFTER CONFIRMATION
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              /s/ Albert Russo, Trustee
                              1 AAA Drive - Suite 101

                              Robbinsville, NJ   08691
```

PRINTED   12/12/07